UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MARA BRAZILIAN, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| MENU FOODS INCOME FUND, a Canadian corporation with its principal place of business in Ontario, Canada | ) ) ) ) ) | |
| and | ) ) | |
| MENU FOODS LIMITED, a Canadian corporation with its principal place of business in Ontario, Canada, | ) ) ) ) ) | |
| and | ) ) | |
| MENU FOODS, INC., a New Jersey Corporation, with its principal place of business in Pennsauken, New Jersey and a wholly owned subsidiary of MENU FOODS LIMITED, | ) ) ) ) ) ) ) ) | **Civil Action No: 07-54** |
| and | ) ) | |
| MENU FOODS MIDWEST CORPORATION, a Delaware Corporation with its principal place of business in Emporia, Kansas and a wholly owned subsidiary of MENU FOODS LIMITED, | ) ) ) ) ) ) ) | |
| and | ) ) | |
| THE IAMS COMPANY, an Ohio Corporation with its principal place of business in Dayton, Ohio, | ) ) ) ) ) | |
| Defendants. | ) | |

2

**ENTRY OF APPEARANCE**

The Clerk is requested to enter the appearance of the undersigned Daniel J. Mitchell, Michael R. Bosse and Theordore A. Small as additional counsel for the Plaintiffs.

DATED at Portland, Maine this 30th day of March 2007.

      /s/ Daniel J. Mitchell

      /s/ Michael R. Bosse

      /s/ Theodore A. Small
Leonard M. Gulino
Daniel J. Mitchell
Michael R. Bosse
Theodore A. Small

Bernstein Shur
100 Middle Street; PO Box 9729
Portland, ME  04104-5029
207-774-1200

Attorneys for Plaintiffs