UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MARA BRAZILIAN, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| MENU FOODS INCOME FUND, a Canadian corporation with its principal place of business in Ontario, Canada | ) ) ) ) ) ) | |
| and | ) ) | |
| MENU FOODS LIMITED, a Canadian corporation with its principal place of business in Ontario, Canada, | ) ) ) ) ) | |
| and | ) ) | |
| MENU FOODS, INC., a New Jersey Corporation, with its principal place of business in Pennsauken, New Jersey and a wholly owned subsidiary of MENU FOODS LIMITED, | ) ) ) ) ) ) ) ) | **Civil Action No: 07-54** |
| and | ) ) | |
| MENU FOODS MIDWEST CORPORATION, a Delaware Corporation with its principal place of business in Emporia, Kansas and a wholly owned subsidiary of MENU FOODS LIMITED, | ) ) ) ) ) ) ) | |
| and | ) ) | |
| THE IAMS COMPANY, an Ohio Corporation with its principal place of business in Dayton, Ohio, | ) ) ) ) ) | |
| Defendants. | ) | |

2

## PLAINTIFFS' JURY DEMAND

Pursuant to Fed.R.Civ.P. 38, the Plaintiffs demand a trial by jury.

DATED at Portland, Maine this 11th day of April 2007.

      /s/ Daniel J. Mitchell
Leonard M. Gulino
Daniel J. Mitchell
Michael R. Bosse
Theodore A. Small

Bernstein Shur
100 Middle Street; PO Box 9729
Portland, ME  04104-5029
207-774-1200

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

     I hereby certify that on April 11, 2007, I electronically filed the above Jury Demand with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all attorneys of record.

                                  /s/ Daniel J. Mitchell
                                Daniel J. Mitchell