UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARA BRAZILIAN, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| MENU FOODS INCOME FUND, a Canadian corporation with its principal place of business in Ontario, Canada ) ) ) ) | **DOCKET NO.: 2:07-cv-54** |
| and ) ) | |
| MENU FOODS LIMITED, a Canadian corporation with its principal place of business in Ontario, Canada, ) ) ) ) | |
| and ) ) | |
| MENU FOODS, INC., a New Jersey Corporation, with its principal place of business in Pennsawuken, New Jersey and a wholly owned subsidiary of MENU FOODS LIMITED, ) ) ) ) ) ) ) | |
| and ) ) | |
| MENU FOODS MIDWEST CORPORATION, a Delaware Corporation with its principal place of business in Emporia, Kansas and a wholly owned subsidiary of MENU FOODS LIMITED, ) ) ) ) ) ) ) | |
| and ) ) | |
| THE IAMS COMPANY, an Ohio Corporation with its principal place of business in Dayton, Ohio, ) ) ) ) ) | |
| Defendants, | |

## CORPORATE DISCLOSURE STATEMENT

NOW COME the Defendants, Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc. and Menu Foods Midwest Corporation, by and through their attorneys, THOMPSON & BOWIE, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby state as follows:

1. Defendant, Menu Foods Income Fund, is a Canadian corporation with its principal place of business in Ontario, Canada. No publicly held company owns 10% or more of Menu Foods Income Fund stock, and there are no parent corporations.

2. Defendant, Menu Foods Limited, a non-governmental corporation, is a Canadian corporation with its principal place of business in Streetsville, Ontario. Menu Foods Corporation owns 10% or more of Menu Foods Limited's stock.

3. Menu Foods, Inc., a non-governmental corporation, is a New Jersey corporation with its principal place of business in Pennsauken, New Jersey. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods, Inc.'s stock.

4. Menu Foods Midwest Corporation, a non-governmental corporation, is a Delaware corporation with its principal place of business in Emporia, Kansas. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods Midwest Corporation's stock.

Dated at Portland, Maine, this 26th day of April, 2007.

*/s/Paul C. Catsos, Esq.*
**THOMPSON & BOWIE, LLP**
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-2500
*pcatsos@thompsonbowie.com*

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the above titled "DEFENDANTS' CORPORATE DISCLOSURE STATEMENT " with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Leonard M. Gulino, Esq., Daniel J. Mitchell, Esq. Michael R. Bosse, Esq. and Theodore A. Small, Esq. and I hereby certify that on this date I did not mail by the United States Postal Service, said Statement to non-registered participants as there are no non-registered participants for this case.

Dated at Portland, Maine this 26th day of April, 2007.

> */s/Paul C. Catsos, Esq.*
> **THOMPSON & BOWIE, LLP**
> Three Canal Plaza
> P. O. Box 4630
> Portland, ME  04112
> (207) 774-2500
> *pcatsos@thompsonbowie.com*