IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MARA BRAZILIAN, on behalf of herself and all others similarly situated, : : : | CASE NO. 2:07-CV-00054-GZS |
| : | (Judge George Z. Singal) |
| Plaintiff,  : : | |
| v.  : : | **FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE IAMS COMPANY** |
| MENU FOODS INCOME FUND, et al.,  : : | |
| Defendants.  : | |

Pursuant to Fed. R. Civ. P. 7.1, Defendant The Iams Company ("Iams") states that it is a wholly-owned subsidiary of The Procter & Gamble Company ("Procter & Gamble"). Procter & Gamble owns 10% or more of Iams. No other publicly held corporation owns 10% or more of Iams.

{W0749340.1}

Dated: May 8, 2007

OF COUNSEL:

D. Jeffrey Ireland (Ohio Bar No. 0010443)
Laura A. Sanom (Ohio Bar No. 0039451)
Brian D. Wright (Ohio Bar No. 0075359)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH  45402
Telephone:  (937) 227-3710
Telecopier:  (937) 227-3717
E-mail:  djireland@ficlaw.com

Respectfully submitted,

/s/ Jeffrey M. White
Jeffrey M. White
William J. Kayatta, Jr.
PIERCE ATWOOD LLP
One Monument Square
Portland, Maine  04101
Telephone:  (207) 791-1238
Telecopier:  (207) 791-1350
E-mail:  wkayatta@pierceatwood.com

Attorneys for Defendant
The Iams Company

{W0749340.1}                              2

**CERTIFICATE OF SERVICE**

I certify that on the 8th day of May, 2007, I electronically filed the foregoing Fed. R. Civ. P. 7.1 Corporate Disclosure Statement of Defendant The Iams Company with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

Leonard M. Gulino
Daniel J. Mitchell
Michael R. Bosse
Theodore A. Small
BERNSTEIN SHUR
100 Middle Street
PO Box 9729
Portland, ME  04104-5029

Counsel for Plaintiff Mara Brazilian

Paul C. Catsos
THOMPSON & BOWIE
3 Canal Plaza
P.O. Box 4630
Portland, ME  04112

Counsel for Defendants Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Limited, and Menu Foods Midwest Corporation

/s/ Jeffrey M. White
Jeffrey M. White