IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| MARA BRAZILIAN, on behalf of herself and all others similarly situated, | : : : | CASE NO. 2:07-CV-00054-GZS |
| | : | (Judge George Z. Singal) |
| Plaintiff, | : : | |
| v. | : : | **NOTICE OF JOINDER OF DEFENDANT THE IAMS** |
| MENU FOODS INCOME FUND, et al., | : : : | **COMPANY TO MENU FOODS DEFENDANTS' MOTION TO STAY** |
| Defendants. | : | **PROCEEDINGS** |

Please take notice that Defendant The Iams Company ("Iams") joins in the Motion to Stay Proceedings [Doc. No. 7] filed by Defendants Menu Foods Midwest Corporation, Menu Foods Income Fund, Menu Foods Limited, and Menu Foods Inc., (collectively, "Menu Foods Defendants").[1]  The arguments made in Menu Foods Defendants' Motion to Stay are equally applicable to Iams, and thus are incorporated by reference here.

---

[1] Iams has been formally served with the Class Action Complaint or Summons by Plaintiffs and is not waiving any rights to be formally served by filing this notice of joinder.

{W0749324.1}

Dated: May 8, 2007

OF COUNSEL:

D. Jeffrey Ireland (Ohio Bar No. 0010443)
Laura A. Sanom (Ohio Bar No. 0039451)
Brian D. Wright (Ohio Bar No. 0075359)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH 45402
Telephone: (937) 227-3710
Telecopier: (937) 227-3717
E-mail: djireland@ficlaw.com

Respectfully submitted,

/s/ Jeffrey M. White
Jeffrey M. White
William J. Kayatta, Jr.
PIERCE ATWOOD LLP
One Monument Square
Portland, Maine 04101
Telephone: (207) 791-1238
Telecopier: (207) 791-1350
E-mail: wkayatta@pierceatwood.com

Attorneys for Defendant
The Iams Company

## CERTIFICATE OF SERVICE

I certify that on the 8th day of May, 2007, I electronically filed the foregoing Notice of Joinder of Defendant The Iams Company to Menu Foods Defendants' Motion to Stay Proceedings with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

    Leonard M. Gulino
    Daniel J. Mitchell
    Michael R. Bosse
    Theodore A. Small
    BERNSTEIN SHUR
    100 Middle Street
    PO Box 9729
    Portland, ME  04104-5029

    Counsel for Plaintiff Mara Brazilian

    Paul C. Catsos
    THOMPSON & BOWIE
    3 Canal Plaza
    P.O. Box 4630
    Portland, ME  04112

    Counsel for Defendants Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Limited, and Menu Foods Midwest Corporation

                                        /s/ Jeffrey M. White
                                        Jeffrey M. White