IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| MARA BRAZILIAN, on behalf of herself and all others similarly situated, | : : : | CASE NO. 2:07-CV-00054-GZS |
| | : | (Judge George Z. Singal) |
| Plaintiff, | : | |
| | : | **AMENDED** |
| v. | : | **NOTICE OF JOINDER OF** |
| | : | **DEFENDANT THE IAMS** |
| MENU FOODS INCOME FUND, et al., | : | **COMPANY TO MENU FOODS** |
| | : | **DEFENDANTS' MOTION TO STAY** |
| Defendants. | : | **PROCEEDINGS** |

Please take notice that Defendant The Iams Company ("Iams") joins in the

Motion to Stay Proceedings [Doc. No. 7] filed by Defendants Menu Foods Midwest Corporation,

Menu Foods Income Fund, Menu Foods Limited, and Menu Foods Inc., (collectively, "Menu

Foods Defendants").[1]  The arguments made in Menu Foods Defendants' Motion to Stay are

equally applicable to Iams, and thus are incorporated by reference here.  (This Amended Notice

differs from the original notice by the addition of the word "not" after "Iams has" in footnote 1.

---

[1] Iams has not been formally served with the Class Action Complaint or Summons by Plaintiffs and is not waiving any rights to be formally served by filing this notice of joinder.

Dated:  May 8, 2007

<div style="display:flex; justify-content:space-between">

OF COUNSEL:

D. Jeffrey Ireland (Ohio Bar No. 0010443)
Laura A. Sanom (Ohio Bar No. 0039451)
Brian D. Wright (Ohio Bar No. 0075359)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH  45402
Telephone:  (937) 227-3710
Telecopier:  (937) 227-3717
E-mail:  djireland@ficlaw.com

</div>

Respectfully submitted,

/s/ Jeffrey M. White
Jeffrey M. White
William J. Kayatta, Jr.
PIERCE ATWOOD LLP
One Monument Square
Portland, Maine  04101
Telephone:  (207) 791-1238
Telecopier:  (207) 791-1350
E-mail:  wkayatta@pierceatwood.com

Attorneys for Defendant
The Iams Company

## CERTIFICATE OF SERVICE

I certify that on the 8th day of May, 2007, I electronically filed the foregoing

Notice of Joinder of Defendant The Iams Company to Menu Foods Defendants' Motion to Stay

Proceedings with the Clerk of Courts using the CM/ECF system, which will send notification of

such filing to CM/ECF participants:


Leonard M. Gulino
Daniel J. Mitchell
Michael R. Bosse
Theodore A. Small
BERNSTEIN SHUR
100 Middle Street
PO Box 9729
Portland, ME  04104-5029

Counsel for Plaintiff Mara Brazilian


Paul C. Catsos
THOMPSON & BOWIE
3 Canal Plaza
P.O. Box 4630
Portland, ME  04112

Counsel for Defendants Menu Foods, Inc., Menu Foods Income Fund, Menu
Foods Limited, and Menu Foods Midwest Corporation

/s/ Jeffrey M. White
Jeffrey M. White

{W0749873.1}                                        3