# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **MARA BRAZILIAN**, on behalf of herself and all others similarly situated,<br>　　　　Plaintiffs<br><br>v.<br><br>**MENU FOODS INCOME FUND, et al,**<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) **Civil No. 07-54-P-S**<br>)<br>)<br>)<br>) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over this matter.

　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　　/s/ George Z. Singal
　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 9th day of May, 2007.

1

Dockets.Justia.com