UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARIA BRAZILIAN,            )<br>    Plaintiff              )<br>                             )<br>vs.                          )<br>                             )<br>MENU FOODS INCOME FUND, et al. )<br>    Defendants             ) | *DOCKET NO.:  2:07-cv-54* |

### *MOTION TO ADMIT PRO HAC VICE*

Paul C. Catsos, Esq., counsel for Defendants, Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc. and Menu Foods Midwest Corporation (collectively referred to as "Menu Foods"), hereby moves, pursuant to Local Rule 83.1(c)(1), that Michael P. Turiello, Esq., Edward B. Ruff, III, Esq. and Priya K. Jesani, Esq. be granted leave to appear and practice in this Court in the above-captioned matter.

Michael P. Turiello, Esq., Edward B. Ruff, III, Esq. and Priya K. Jesani, Esq. are members of the law firm of Pretzel & Stouffer in Chicago, Illinois.  Attorney Turiello, Attorney Ruff and Attorney Jesani are members in good standing of the State and Federal Bars in the State of Illinois.  They are not under any order of disbarment, suspension or other discipline.

Attorney Turiello, Attorney Ruff and Attorney Jesani are aware of all rules of this Court and, if admitted to practice before this Court, will at all times be associated with the undersigned counsel.

WHEREFORE, undersigned counsel for Defendants, Menu Foods, respectfully requests that Michael P. Turiello, Esq., Edward B. Ruff, III, Esq. and Priya K. Jesani be admitted to practice law before this Court in this action.

Dated at Portland, Maine, this 9th day of May, 2007.

/s/ Paul C. Catsos, Esq.
Paul C. Catsos, Esq.
THOMPSON & BOWIE, LLP
3 Canal Plaza
P.O. Box 4630
Portland, ME 04112
207-774-2500
*pcatsos@thompsonbowie.com*

VISITING ATTORNEY CERTIFICATION

Michael P. Turiello, Esq., hereby certifies pursuant to Local Rule 83.1(c)(I) that the representations contained in the above Motion To Admit Pro Hac Vice are true and accurate.

/s/ Michael P. Turiello, Esq.
Michael P. Turiello, Esq.
Pretzel & Stouffer
One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673
312-578-7507
*mturiello@pretzel-stouffer.com*

VISITING ATTORNEY CERTIFICATION

Edward B. Ruff, III, Esq., hereby certifies pursuant to Local Rule 83.1(c)(I) that the representations contained in the above Motion To Admit Pro Hac Vice are true and accurate.

/s/ Edward B. Ruff, III, Esq.
Edward B. Ruff, III, Esq.
Pretzel & Stouffer
One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673
312-346-1973
*eruff@pretzel-stouffer.com*

VISITING ATTORNEY CERTIFICATION

    Priya K. Jesani, Esq., hereby certifies pursuant to Local Rule 83.1(c)(I) that the representations contained in the above Motion To Admit Pro Hac Vice are true and accurate.

                                                         <u>/s/ Priya K. Jesani, Esq.</u>
                                                          Priya K. Jesani, Esq.
                                                          Pretzel & Stouffer
                                                          One South Wacker Drive, Suite 2500
                                                         Chicago, IL 60606-4673
                                                          312-346-1973
                                                          *pjesani@pretzel-stouffer.com*

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

*CERTIFICATE OF SERVICE*

I hereby certify that on this date, I electronically filed the above titled "DEFENDANTS' MOTION TO ADMIT PRO HAC VICE" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following registered participants:

*Leonard M. Gulino, Esq.,*
*Daniel J. Mitchell, Esq.*
*Michael R. Bosse, Esq.*
*Theodore A. Small, Esq.*
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

*Jeffrey M. White, Esq.*
Pierce, Atwood
One Monument Square
Portland, ME 04101-1110

I hereby certify that on this date I did not mail by the United States Postal Service, said Motion to non-registered participants as there are no non-registered participants for this case.

Dated at Portland, Maine this 9th day of May, 2007.

                              */s/Paul C. Catsos, Esq.*
                              **THOMPSON & BOWIE, LLP**
                              Three Canal Plaza
                              P. O. Box 4630
                              Portland, ME 04112
                              (207) 774-2500
                              *pcatsos@thompsonbowie.com*

4