UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARIA BRAZILIAN, )<br>    Plaintiff )<br>    )<br>vs. )<br>    )<br>MENU FOODS INCOME FUND, et al. )<br>    Defendants ) | *DOCKET NO.: 2:07-cv-54* |

*AFFIDAVIT OF PRIYA K. JESANI*

I, Priya K. Jesani, swear that the following information is true to the best of my knowledge, information and belief:

1. I am an attorney and an associate in the firm of Pretzel & Stouffer, One South Wacker Drive, Suite 2500, Chicago, IL 60606-4673, telephone number: (312) 578-7598.

2. I am currently a member in good standing of the Bar of the State of Illinois and admitted to practice in the United States District Court for the District of Illinois.

3. I am not currently suspended or disbarred in any court. No disciplinary proceedings are presently against me nor have any disciplinary proceedings ever been instituted against me.

4. I have been retained to represent Defendants, Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc. and Menu Foods Midwest Corporation (collectively referred to as "Menu Foods") in connection with the above-captioned matter.

5. I am actively associated with Pretzel & Stouffer (Illinois Bar Number 6270114), and the firm of Thompson & Bowie, LLP in connection with this matter. Thompson & Bowie, LLP has been retained to act as local counsel for Defendants, Menu Foods in this matter, to receive all process, notices, and other papers filed or served, to sign all papers filed with the Court, to appear before the Court as needed, and to perform any duties necessary as local counsel or required by this Court.

Dated at Chicago, Illinois, this 9th day of May, 2007.

/s/ Priya K. Jesani, Esq.
Priya K. Jesani, Esq.
Pretzel & Stouffer
One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673
312-578-7598
*pjesani@pretzel-stouffer.com*

STATE OF ILLINOIS        ss:
COUNTY OF COOK

On this 9th day of May, 2007, before me, the undersigned notary public, personally appeared Priya K. Jesani, proved to me through satisfactory evidence of identification, being personally known to me, and/or Illinois driver's licenses, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its state purpose.

Before me,

/s/ Bonnie L. Jay
Notary Public
My Commission Expires: 3/04/11