UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARA BRAZILIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MENU FOODS INCOME FUND,<br>MENU FOODS LIMITED,<br>MENU FOODS, INC.,<br>MENU FOODS MIDWEST<br>CORPORATION, and THE IAMS<br>COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Civil Action No: 07-54**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

    I hereby certify that on May 11, 2007, I electronically filed the above Memorandum in Opposition to Defendants' Motion to Stay all Proceedings with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all attorneys of record.

                                               /s/ Michael R. Bosse
                                             Michael R. Bosse