05/11/2007 22:01 FAX 5133470366    Southern_Ohio_Legal_Serv    ☑ 003/004

Case 2:07-cv-00054-DBH    Document 16    Filed 05/15/2007    Page 1 of 2
Case 2:07-cv-00054-GZS    Document 2    Filed 03/30/2007    Page 1 of 2

⋐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Maine

Mara Brazilian, on behalf of herself and all others
similarly situated

**SUMMONS IN A CIVIL CASE**

### V.

Menu Foods Income Fund, Menu Foods Limited,
Menu Foods, Inc., Menu Foods Midwest
Corporation and The IAMS Company

CASE NUMBER:  2:07cv54-P-S


TO: (Name and address of Defendant)

The IAMS Company
7250 Poc Ave.
Dayton, OHIO 45414


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leonard M. Gulino
Daniel J. Mitchell
Michael R. Bosse
Theodore A. Small
Bernstein Shur
100 Middle Street; 6th Floor
PO Box 9729
Portland, ME  04104-5029


an answer to the complaint which is served on you with this summons, within  20        ▣ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.




William S. Brownell
Clerk, U.S. District Court

March 29, 2007
_____
DATE

Dockets.Justia.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE   on THE TAMS COMPANY | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>sd   Served on 5-11-07 @ 1:35PM |
| NAME OF SERVER (PRINT)<br>GARY U. NEVILLE | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify):   CORPORATE SERVE.   Served to Donna Quinn, Legal Assistant and Authorized Agent for Steven W. Jemison, the Registered Agent for THE TAMS COMPANY

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-12-07 _____     *Gary U. Neville*
                    Date              Signature of Server

2859 WERKRIDGE DRIVE
CINCINNATI, OHIO 45248
(513) 241-6284

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.