AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Maine

Mara Brazilian, on behalf of herself and all others similarly situated

**SUMMONS IN A CIVIL CASE**

V.

Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc., Menu Foods Midwest Corporation and The IAMS Company

CASE NUMBER: 07-54-P-S

TO: (Name and address of Defendant)

Menu Foods Midwest Corporation
1400 E Logan Ave
Emporia, KS, 66801-6822

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leonard M. Gulino
Daniel J. Mitchell
Michael R. Bosse
Theodore A. Small
Bernstein Shur
100 Middle Street; 6th Floor
PO Box 9729
Portland, ME 04104-5029

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William S. Brownell
Clerk, U.S. District Court

March 29, 2007
DATE

&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE sd 5/11/07 |
| NAME OF SERVER *(PRINT)* Terry Breese | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Linda McBride- Proces Service Receiver for The Corp. Co., Inc.- Reg. Agent for Menu Foods Midwest Corp.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/11/07
Date

Signature of Server

3601 SW 29th St. Ste. 132
Topeka, KS 66614

*Address of Server*

DANIELLE LAYMAN
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 10/30/10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.