**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| MARA BRAZILIAN, On behalf of herself and ) | |
| All Others Similarly Situated,           ) | |
|                                          ) | |
|                                          ) | |
|         Plaintiffs,                      ) | **Civil Action No:** 07-54 |
|                                          ) | |
| vs.                                      ) | (Judge Brock Hornby) |
|                                          ) | (Magistrate David M. Cohen) |
| MENU FOODS INCOME FUND,                  ) | |
| MENU FOODS LIMITED,                      ) | |
| MENU FOODS, INC.,                        ) | |
| MENU FOODS MIDWEST CORPORATION,          ) | |
| AND THE IAMS COMPANY                     ) | |
|                                          ) | |
|         Defendants.                      ) | |

**MENU FOODS' NOTICE OF JOINDER OF DEFENDANT IAMS COMPANY'S REPLY IN SUPPORT OF DEFENDANTS MENU FOODS' MOTION TO STAY ALL PROCEEDINGS**

Please take notice that Defendants Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc. and Menu Foods Midwest Corporation ("Menu Foods"), by their attorneys, hereby join in The Iams Company's ("Iams") Reply to Plaintiff Mara Brazilian's Memorandum in Opposition to Defendant Menu Foods' Motion to Stay All Proceedings. The arguments made in Iams' reply brief are equally applicable to Menu Foods, and thus are incorporated by reference here.

    Respectfully Submitted.

    PRETZEL & STOUFFER, CHARTERED,

    By: /s/ *Michael P. Turiello, Esq.*

    Attorney for Defendants, MENU FOODS

Edward B. Ruff
Michael P. Turiello
Attorneys for Defendant MENU FOODS, INC.
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973

N:\wpdata\Mkim\Menu Foods\Brazilian Joinder in Iams Reply in Support of Motion to Stay.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

*CERTIFICATE OF SERVICE*

I hereby certify that on this date, I electronically filed the above titled "DEFENDANTS MENU FOODS JOINDER OF DEFENDANT IAMS COMPANY'S REPLY IN SUPPORT OF DEFENDANTS MENU FOODS' MOTION TO STAY ALL PROCEEDINGS" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following registered participants:

*Leonard M. Gulino, Esq.,*
*Daniel J. Mitchell, Esq.*
*Michael R. Bosse, Esq.*
*Theodore A. Small, Esq.*
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

*Jeffrey M. White, Esq.*
Pierce, Atwood
One Monument Square
Portland, ME 04101-1110

I hereby certify that on this date I did not mail by the United States Postal Service, said Motion to non-registered participants as there are no non-registered participants for this case.

Dated at Portland, Maine this 22nd day of May, 2007.

*/s/Paul C. Catsos, Esq.*
**THOMPSON & BOWIE, LLP**
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-500
*pcatsos@thompsonbowie.com*