AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Maine

Mara Brazilian, on behalf of herself and all others similarly situated

**SUMMONS IN A CIVIL CASE**

V.

Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc., Menu Foods Midwest Corporation and The IAMS Company

CASE NUMBER: 2:07cv54-P-S

TO: (Name and address of Defendant)

Menu Foods, Inc.
8 Falconer Drive
Streetsville, ON
Canada L5N 1B1

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leonard M. Gulino
Daniel J. Mitchell
Michael R. Bosse
Theodore A. Small
Bernstein Shur
100 Middle Street; 6th Floor
PO Box 9729
Portland, ME 04104-5029

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William S. Brownell
Clerk, U.S. District Court

March 29, 2007
DATE

Dockets.Justia.com

⬟AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE sd | MAY 14, 2007 |
| NAME OF SERVER *(PRINT)* TED CORDASCO | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service upon Ann Marie Conti, authorized to accept service of process for Corporation Trust Company.

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-16-2007
*Date*

*Signature of Server*

7 Woodside Rd, Springfield, NJ 07081
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.