UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARIA BRAZILIAN,<br>    Plaintiff<br><br>vs.<br><br>MENU FOODS INCOME FUND, et al.<br>    Defendants | Case No: 2:07-cv-54<br><br>**NOTICE OF MULTIDISTRICT CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407 AND REQUEST TO MAINTAIN STAY** |

NOW COME the defendants, Menu Foods Income Fund, Menu Foods, Limited, Menu Foods, Inc. and Menu Foods Midwest Corporation (collectively referred to as "Menu Foods") and The Iams Company, and hereby provide notice as required by this Court's Order of May 23, 2007 of multidistrict consolidation, as follows:

On June 19, 2007, the Judicial Panel on Multidistrict Litigation (the "JPML") issued a Transfer Order (attached as Exhibit A), creating a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), and assigning the MDL to Judge Noel L. Hillman of the District of New Jersey.

As required by Rules 1.1, 7.4, and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, this case has been identified to the Panel as a "tag-along" case. (See Movant Sexton's First Notice of Potential Tag-Along Actions and Certificate of Service (attached as Exhibit B), submitted to the JPML, dated April 5, 2007.)

In light of the likely imminent transfer of this case, Menu Foods requests that the current stay of proceedings remain in place pending transfer to the MDL, in order to serve the interests of judicial economy. Counsel for The Iams Company has indicated its desire to join in this notice, and Ms. Brazilian does not object to continuing the stay.

Dated at Portland, Maine, this 28th day of June, 2007.

                /s/ Paul C. Catsos, Esq.
                Paul C. Catsos, Esq.
                THOMPSON & BOWIE, LLP
                3 Canal Plaza
                P.O. Box 4630
                Portland, ME 04112
                207-774-2500
                *pcatsos@thompsonbowie.com*
                Attorney for Defendants Menu Foods

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

*CERTIFICATE OF SERVICE*

I hereby certify that on this date, I electronically filed the above titled "Notice of Multidistrict Consolidation Pursuant to 28 U.S.C. §1407 and Request to Maintain Stay" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following registered participants:

*Leonard M. Gulino, Esq.,*
*Daniel J. Mitchell, Esq.*
*Michael R. Bosse, Esq.*
*Theodore A. Small, Esq.*
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

*Jeffrey M. White, Esq.*
*William Kayatta, Esq.*
Pierce, Atwood
One Monument Square
Portland, ME  04101-1110

Dated at Portland, Maine this 28th day of June, 2007.

*/s/Paul C. Catsos, Esq.*
**THOMPSON & BOWIE, LLP**
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-2500
*pcatsos@thompsonbowie.com*