**MDL 1850**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2007

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL

# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: | MDL Docket No. 1850 |
| PET FOOD PRODUCT LIABILITY LITIGATION | |

**PLEADING NO. 14**

## MOVANT SEXTON'S FIRST NOTICE
## OF POTENTIAL TAG-ALONG ACTIONS

Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Stuart C. Talley
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

[Additional Counsel Listed on Signature Page]

Attorneys for Individual and Representative
Plaintiff, *Shirley Sexton*

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT

2007 APR -6 A II: 17

RECEIVED
CLERK'S OFFICE

**IMAGED** APR 1 0 2007

Dockets.Justia.com

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

1.    Please take notice that on March 26, 2007, Shirley Sexton, plaintiff in the action

entitled *Shirley Sexton v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey*

*Corporation, and Menu Foods Midwest Corporation, a Delaware corporation*, Civil

Action No. 07-cv-01958-GHK (AJWx) ("Movant") filed a petition under 28 U.S.C.

Section 1407 seeking transfer and coordination of the following cases:

**United States District Court Central District of California**

Shirley Sexton v. Menu Foods Income Fund; Menu Foods, Inc., a New Jersey
Corporation; and Menu Foods Midwest Corporation, a Delaware corporation
Case No. 07-CV-01958-GHK-AJW; The Honorable George H. King

**United States District Court Eastern District of Tennessee**

LizaJean Holt v. Menu Foods, Inc.
Case No. 07-CV-00094-TWP; The Honorable Judge Thomas W. Phillips

**United States District Court Western District of Arkansas**

Charles Ray Sims and Pamela Sims v. Menu Foods Income Fund; Menu Foods
Midwest Corporation; Menu Foods South Dakota Inc.; Menu Foods, Inc.; Menu
Foods Holdings, Inc.
Case No. 07-CV-05053-JLH; The Honorable Judge Jim Larry Hendren

**United States District Court Northern District of Illinois**

Dawn Majerczyk v. Menu Foods, Inc., a New Jersey Corporation
Case No. 07-CV-01543-WRA; The Honorable Wayne R. Anderson

**United States District Court Western District of Washington**

Tom Whaley v. Menu Foods, Inc., a foreign corporation; The Iams Company, a
foreign corporation; Dog Food Producers Numbers 1-50; and Cat Food Producers
1-40
Case No. 07-CV-00411-RSM; The Honorable Richardo S. Martinez

**United States District Court District of New Jersey**

Jared Workman, and Mark and Mona Cohen v. Menu Foods Limited; Menu
Foods, Inc.; and Menu Foods Midwest Corporation
Case No. 07-CV-01338-NLH; The Honorable Judge Noel L. Hillman

2.     The Movant is aware that the following potential tag-along actions have

been filed:

### United States District Court Central District of California

Dawn Howe v. Menu Foods, Ltd., Menu Foods, Inc.; Menu Foods Midwest
Corp.; Menu Foods Income Fund; Menu Foods South Dakota, Inc.; Menu Foods
Holdings, Inc.; and Menu Foods Operating Trust
Case No. 07-CV-0260-SJO-PLA; The Honorable Judge S. James Otero
2060

### United States District Court Northern District of California

Sherry Ingles v. Menu Foods, Inc.; Menu Foods Income Fund; Menu Foods a
Midwest Corporation; and Menu Foods South Dakota Inc.
Case No. 3:07-CV-01809-MMC; The Honorable Maxine M. Chesney

### United States District Court Western District of Arkansas

Richard Scott and Barbara Widen v. Menu Foods; Menu Foods Income Fund;
Menu Foods Gen Par Limited; Menu Foods Limited Partnership; Menu Foods
Operating Partnership; Menu Foods Midwest Corporation; Menu Foods South
Dakota; Menu Foods, Inc.; Menu Foods Holdings, Inc.; Wal-Mart Stores, Inc.
Case No. 5:07-CV-05055-RTD; The Honorable Judge Robert T. Dawson

### United States District Court Western District of Washington

Suzanne E. Johnson and Craig R. Klemann v. Menu Foods, a foreign corporation
Case No. 2:07-CV-00455-JCC ; The Honorable Judge John C. Coughenour

Stacey Heller; Toinette Robinson; David Rapp; Cecily Mitchell; and Terrence
Mitchell v. Menu Foods, a foreign corporation
Case No. 2:07-CV-00453-JCC; The Honorable Judge John C. Coughenour

Audrey Kornelius and Barbara Smith v. Menu Foods, a foreign corporation
Case No. 2:07-CV-00454-MJP; The Honorable Judge Marsha J. Pechman

Michele Suggett and Don James v. Menu Foods, a foreign corporation; Iams
Company, a foreign corporation; Eukanuba, a foreign corporation,
Dog Food Producers Numbers 1-100; Cat Food Producers 1-100; Does 1-100
Case No. 2:07-CV-00457-RSM; The Honorable Ricardo S. Martinez

**United States District Court District of New Jersey**

- Larry Wilson v. Menu Foods Income Fund; Menu Foods, Inc., a New Jersey
  Corporation; Menu Foods Holdings, Inc.; and Menu Foods Midwest Corporation,
  a Delaware Corporation
  Case No. 1:07-CV-01456-NLH-AMD; The Honorable Judge Noel L. Hillman

- Suzanne Thomson and Robert Trautmann v. Menu Foods Income Fund (An
  unincorporated entity organized under the laws of the Province of Ontario,
  Canada); Menu Foods, Inc. (A corporation organized under the laws of the State
  of New Jersey); John Does 1-100 (Fictitious names for the person(s) and/or
  entities responsible for the damages complained of by the Plaintiffs herein)
  Case No. 2:07-cv-01360-PGS-RJH; The Honorable Judge Peter G. Sheridan

- Linda Tinker v. Menu Foods, Inc.
  Case No. 1:07-CV-01468-NLH-AMD; The Honorable Judge Noel L. Hillman

- Paul Richard and Jennifer Richard (husband and wife) and Charles Kohler and
  Alicia Kohler (husband and wife) v. Menu Foods Income Fund, a Canadian open-
  ended trust; Menu Foods, Ltd., a Canadian corporation; Menu Foods Holdings,
  Inc., a Delaware corporation; Menu Foods, Inc., a New Jersey corporation; Menu
  Foods Midwest Corporation, a Delaware corporation; Menu Foods South
  Dakota, Inc., a Delaware corporation; ABC Partnerships; XYZ Corporations
  Case No. 1:07-CV-01457-NLH-AMD; The Honorable Judge Noel L. Hillman

- Janice Bonier; Guy Britton; and Tammy Matthews v. Menu Foods, Inc.; Menu
  Foods Income Fund; and Menu Foods Midwest Corp.
  Case No. 1:07-CV-01477-NLH-AMD; The Honorable Judge Noel L. Hillman

- Alexander Nunez v. Menu Foods, Ltd.; Menu Foods, Inc.; Menu Foods Midwest
  Corp.; Menu Foods Income Fund; Menu Foods South Dakota, Inc.; and Menu
  Foods Holdings, Inc.
  Case No. 1:07-CV-01490-NLH-AMD; The Honorable Judge Noel L. Hillman

- Julie Hidalgo v. Menu Foods Inc.; Menu Foods Income Fund; Menu Foods
  Midwest Corporation; and Menu Foods South Dakota, Inc.
  Case No. 1:07-CV-01488-NLH-AMD; The Honorable Judge Noel L. Hillman

- Troy Gagliardi v. Menu Foods Inc.; Menu Foods Income Fund; Menu Foods
  Midwest Corporation; and Menu Foods South Dakota, Inc.
  Case No. 1:07-CV-01522-NLH-AMD; The Honorable Judge Noel L. Hillman

**United States District Court Southern District of Florida**

Christina Troiano v. Menu Foods, Inc., Menu Foods Income Fund
Case No. 0:07-CV-60428-JIC; The Honorable Judge James I. Cohn

**United States District Court District of Rhode Island**

Carol Brown v. Menu Foods, Inc.; Menu Foods Income Fund; Menu Foods
Midwest Corp.; and Menu Foods South Dakota, Inc.
Case No. 1:07-CV-00115-ML-LDA; The Honorable Judge Mary M. Lisi

**United States District Court District of Connecticut**

Lauri A. Osborne v. Menu Foods, Inc.
Case No. 3:07-CV-00469-RNC; The Honorable Judge Robert N. Chatigny

**United States District Court Western District of Wisconsin**

Jacqueline Johnson v. The Proctor & Gamble Co.; Menu Foods, Inc.; Menu
Foods Income Fund; The Iams Company
Case No. 07-C-0159-C; The Honorable Judge Barbara B. Crabb

**United States District Court District of Maine**

Mara Brazilian v. Menu Foods Income Fund, a Canadian Corporation with its
principal place of business in Ontario, Canada; Menu Foods, Ltd., a Canadian
corporation with its principal place of business in Ontario, Canada; Menu Foods,
Inc., a New Jersey corporation with its principal place of business in Pennsauken,
New Jersey and a wholly owned subsidiary of Menu Foods, Ltd.; Menu Foods
Midwest Corp., a Delaware Corporation with its principle place of business in
Emporia, Kansas and a wholly owned subsidiary of Menu Foods Ltd.; and The
Iams Company, an Ohio Corporation with its principal place of business in
Dayton, Ohio
Case No. 2:07-CV-00054-GZS; The Honorable Judge George Z. Singal

**United States District Court District of Nevada**

Marion Streczyn v. Menu Foods Income Fund, a foreign corporation; Menu
Foods Inc., a New Jersey corporation; and Does I-X, inclusive
Case No. 3:07-CV-00159-LRH-VPC; The Honorable Larry R. Hicks

3.    These actions arise from the same facts and assert similar claims as the pending

actions that are the subject of Movant's petition and should, therefore, be designated as a

Tag-Along Actions pursuant to Panel Rule 7.5.  True and correct copies of the complaints

in the *Howe, Ingles, Widen, Johnson, Heller, Kornelius, Suggett, Wilson, Thomson,*

*Tinker, Richard, Bonier, Nunez, Hidalgo, Gagliardi, Troiano, Brown, Osborne, Johnson,*

*Brazilian*, and *Streczyn* actions are attached hereto as Exhibits A through U, respectively.

Dated:  April 5, 2007

**WEXLER TORISEVA WALLACE LLP**

By: _____

MARK J. TAMBLYN

1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone:  (916) 568-1100
Facsimile:  (916) 568-7890

Kenneth A. Wexler
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle Street, Suite 2000
Chicago, Illinois 60602
Telephone: (312) 346-2222
Facsimile:  (312) 346-0022

Stuart C. Talley
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorneys for *Plaintiff/Petitioner*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2007

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON

## MULTIDISTRICT LITIGATION

In re:

PET FOOD PRODUCT LIABILITY
LITIGATION

MDL Docket No. 1850

## FIRST AMENDED RULE 7.2(a)(ii) SCHEDULE OF ACTIONS

Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone:  (916) 568-1100
Facsimile:  (916) 568-7890

Stuart C. Talley
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

[Additional Counsel Listed on Signature Page]

Attorneys for Individual and Representative
Plaintiff, *Shirley Sexton*

RECEIVED
CLERK'S OFFICE
2007 APR -6  A 11: 16
JUDICIAL PANEL ON
MULTIDISTRICT

1

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION – LOS ANGELES**

Shirley Sexton v. Menu Foods Income Fund; Menu Foods, Inc., a New Jersey Corporation; and Menu Foods Midwest Corporation, a Delaware corporation

Case No. 07-CV-01958-GHK-AJW; The Honorable George H. King

Dawn Howe v. Menu Foods, Ltd., Menu Foods, Inc.; Menu Foods Midwest Corp.; Menu Foods Income Fund; Menu Foods South Dakota, Inc.; Menu Foods Holdings, Inc.; and Menu Foods Operating Trust

Case No. 07-CV-0260-SJO-PLA; The Honorable Judge S. James Otero

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF ARKANSAS, FAYETTEVILLE DIVISION**

Charles Ray Sims and Pamela Sims v. Menu Foods Income Fund; Menu Foods Midwest Corporation; Menu Foods South Dakota Inc.; Menu Foods, Inc.; Menu Foods Holdings, Inc.

Case No. 07-CV-05053-JLH; The Honorable Judge Jim Larry Hendren

Richard Scott and Barbara Widen v. Menu Foods; Menu Foods Income Fund; Menu Foods Gen Par Limited; Menu Foods Limited Partnership; Menu Foods Operating Partnership; Menu Foods Midwest Corporation; Menu Foods South Dakota; Menu Foods, Inc.; Menu Foods Holdings, Inc.; Wal-Mart Stores, Inc.

Case No. 5:07-CV-05055-RTD; The Honorable Judge Robert T. Dawson

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

Sherry Ingles v. Menu Foods, Inc.; Menu Foods Income Fund; Menu Foods a Midwest Corporation; and Menu Foods South Dakota Inc.

Case No. 3:07-CV-01809-MMC; The Honorable Maxine M. Chesney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION**

Lauri A. Osborne v. Menu Foods, Inc.

Case No. 3:07-CV-00469-RNC; The Honorable Judge Robert N. Chatigny

First Amended Rule 7.2(a)(ii) Schedule of Actions

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION**

Christina Troiano v. Menu Foods, Inc., Menu Foods Income Fund

Case No. 0:07-CV-60428-JIC; The Honorable Judge James I. Cohn

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

Dawn Majerczyk v. Menu Foods, Inc., a New Jersey Corporation

Case No. 07-CV-01543-WRA; The Honorable Wayne R. Anderson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

Mara Brazilian v. Menu Foods Income Fund, a Canadian Corporation with its principal place of business in Ontario, Canada; Menu Foods, Ltd., a Canadian corporation with its principal place of business in Ontario, Canada; Menu Foods, Inc., a New Jersey corporation with its principal place of business in Pennsauken, New Jersey and a wholly owned subsidiary of Menu Foods, Ltd.; Menu Foods Midwest Corp., a Delaware Corporation with its principle place of business in Emporia, Kansas and a wholly owned subsidiary of Menu Foods Ltd.; and The Iams Company, an Ohio Corporation with its principal place of business in Dayton, Ohio

Case No. 2:07-CV-00054-GZS; The Honorable Judge George Z. Singal

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA, RENO DIVISION**

Marion Streczyn v. Menu Foods Income Fund, a foreign corporation; Menu Foods Inc., a New Jersey corporation; and Does 1-X, inclusive

Case No. 3:07-CV-00159-LRH-VPC; The Honorable Larry R. Hicks

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY, CAMDEN DIVISION**

Janice Bonier: Guy Britton: and Tammy Matthews v. Menu Foods, Inc.; Menu Foods Income Fund; and Menu Foods Midwest Corp.

Case No. 1:07-CV-01477-NLH-AMD; The Honorable Judge Noel L. Hillman

Troy Gagliardi v. Menu Foods Inc.; Menu Foods Income Fund; Menu Foods Midwest Corporation; and Menu Foods South Dakota, Inc.

First Amended Rule 7.2(a)(ii) Schedule of Actions

Case No. 1:07-CV-01522-NLH-AMD; The Honorable Judge Noel L. Hillman

Julie Hidalgo v. Menu Foods Inc.; Menu Foods Income Fund; Menu Foods Midwest Corporation; and Menu Foods South Dakota, Inc.

Case No. 1:07-CV-01488-NLH-AMD; The Honorable Judge Noel L. Hillman


Alexander Nunez v. Menu Foods, Ltd.; Menu Foods, Inc.; Menu Foods Midwest Corp.; Menu Foods Income Fund; Menu Foods South Dakota, Inc.; and Menu Foods Holdings, Inc.

Case No. 1:07-CV-01490-NLH-AMD; The Honorable Judge Noel L. Hillman

Paul Richard and Jennifer Richard (husband and wife) and Charles Kohler and Alicia Kohler (husband and wife) v. Menu Foods Income Fund, a Canadian open-ended trust; Menu Foods, Ltd., a Canadian corporation; Menu Foods Holdings, Inc., a Delaware corporation; Menu Foods, Inc., a New Jersey corporation; Menu Foods Midwest Corporation, a Delaware corporation; Menu Foods South Dakota, Inc., a Delaware corporation; ABC Partnerships; XYZ Corporations

Case No. 1:07-CV-01457-NLH-AMD; The Honorable Judge Noel L. Hillman

Linda Tinker v. Menu Foods, Inc.

Case No. 1:07-CV-01468-NLH-AMD; The Honorable Judge Noel L. Hillman

Larry Wilson v. Menu Foods Income Fund; Menu Foods, Inc., a New Jersey Corporation; Menu Foods Holdings, Inc.; and Menu Foods Midwest Corporation, a Delaware Corporation

Case No. 1:07-CV-01456-NLH-AMD; The Honorable Judge Noel L. Hillman

Jared Workman, and Mark and Mona Cohen v. Menu Foods Limited; Menu Foods, Inc.; and Menu Foods Midwest Corporation

Case No. 07-CV-01338-NLH; The Honorable Judge Noel L. Hillman

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY, NEWARK DIVISION**

Suzanne Thomson and Robert Trautmann v. Menu Foods Income Fund (An unincorporated entity organized under the laws of the Province of Ontario, Canada); Menu Foods, Inc. (A corporation organized under the laws of the State of New Jersey); John Does 1-100 (Fictitious names for the person(s) and/or entities responsible for the damages complained of by the Plaintiffs herein)

Case No. 2:07-CV-01360-PGS-RJH; The Honorable Judge Peter G. Sheridan

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Carol Brown v. Menu Foods, Inc.; Menu Foods Income Fund; Menu Foods Midwest Corp.; and Menu Foods South Dakota, Inc.

Case No. 1:07-CV-00115-ML-LDA; The Honorable Judge Mary M. Lisi

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF TENNESSEE, KNOXVILLE DIVISION**

LizaJean Holt v. Menu Foods, Inc.

Case No. 07-CV-00094-TWP; The Honorable Judge Thomas W. Phillips

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

Stacey Heller; Toinette Robinson; David Rapp; Cecily Mitchell; and Terrence Mitchell v. Menu Foods, a foreign corporation

Case No. 2:07-CV-00453-JCC; The Honorable Judge John C. Coughenour

Suzanne E. Johnson and Craig R. Klemann v. Menu Foods, a foreign corporation

Case No. 2:07-CV-00455-JCC ; The Honorable Judge John C. Coughenour

Audrey Kornelius and Barbara Smith v. Menu Foods, a foreign corporation

Case No. 2:07-CV-00454-MJP; The Honorable Judge Marsha J. Pechman

Michele Suggett and Don James v. Menu Foods, a foreign corporation; Iams Company, a foreign corporation; Eukanuba, a foreign corporation, Dog Food Producers Numbers 1-100; Cat Food Producers 1-100; Does 1-100

Case No. 2:07-CV-00457-RSM; The Honorable Ricardo S. Martinez

Tom Whaley v. Menu Foods, Inc., a foreign corporation; The Iams Company, a foreign corporation; Dog Food Producers Numbers 1-50; and Cat Food Producers 1-40

Case No. 07-CV-00411-RSM; The Honorable Richardo S. Martinez

First Amended Rule 7.2(a)(ii) Schedule of Actions

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF WISCONSIN**

Jacqueline Johnson v. The Proctor & Gamble Co.; Menu Foods, Inc.; Menu Foods Income Fund;
The Iams Company

Case No. 07-C-0159-C; The Honorable Judge Barbara B. Crabb

Dated:  April 5, 2007                    **WEXLER TORISEVA WALLACE LLP**

By: _____
        MARK J. TAMBLYN

                    1610 Arden Way, Suite 290
                    Sacramento, California 95815
                    Telephone:  (916) 568-1100
                    Facsimile:  (916) 568-7890

                    Kenneth A. Wexler
                    **WEXLER TORISEVA WALLACE LLP**
                    One North LaSalle Street, Suite 2000
                    Chicago, Illinois 60602
                    Telephone:  (312) 346-2222
                    Facsimile:  (312) 346-0022

                    Stuart C. Talley
                    **KERSHAW, CUTTER & RATINOFF, LLP**
                    980 9th Street, 19th Floor
                    Sacramento, California 95814
                    Telephone: (916) 448-9800
                    Facsimile: (916) 669-4499

                    Attorneys for *Plaintiff/Petitioner*

First Amended Rule 7.2(a)(ii) Schedule of Actions

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 9 2007

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON

# MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: | MDL Docket No. 1850 |
| PET FOOD PRODUCT LIABILITY LITIGATION | |

## CERTIFICATE OF SERVICE

Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Stuart C. Talley
**KERSHAW CUTTER & RATINOFF LLP**
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

***Counsel for Plaintiff Shirley Sexton***

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2007 APR - 6 A 11: 13
RECEIVED
CLERK'S OFFICE

1

I, Rochelle Firebaugh, employed by Wexler Toriseva Wallace, LLP, do hereby state under penalty of perjury that:

1.      On April 5, 2007 I caused to be served the following papers:

      **Notice of Potential Tag-Along Actions;**

      **First Amended Rule 7.2(a)(ii) Schedule of Actions; and**

      **Certificate of Service**

2.      On April 5, 2007, I caused those papers to be served by Federal Express upon:

> Jeffrey N. Lüthi
> Clerk of the Panel
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, NE
> Room G-255, North Lobby
> Washington, D.C. 20002-8004

3.      On April 5, 2007, I caused those papers to be served via United States First Class Mail upon:

**SEE ATTACHED SERVICE LIST**

Executed on April 5, 2007, at Sacramento, California.

Rochelle Firebaugh

2

## SERVICE LIST

### _Shirley Sexton v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey Corporation, and Menu Foods Midwest Corporation, a Delaware corporation_

United States District Court, Central District of California, Western Division – Los Angeles

Case No. 2:07-CV-01958-GHK-AJW

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
312 N. Spring Street, #G-8
Los Angeles, CA 90012-4793

Kenneth A. Wexler                   **Counsel for Plaintiff Shirley Sexton**
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone:  (312) 346-2222
Facsimile:  (312) 346-0022

Stuart C. Talley                     **Counsel for Plaintiff Shirley Sexton**
**KERSHAW CUTTER & RATINOFF LLP**
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Joseph J. DePalma                 **Counsel for Plaintiff Shirley Sexton**
**LITE DEPALMA GREENBERG & RIVAS LLC**
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone:  (973) 623-3000
Facsimile:  (973) 623-0858 or 623-5469

**MENU FOODS INCOME FUND**          **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

3

**SERVICE LIST, CONTINUED**

*Shirley Sexton v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey Corporation, and Menu Foods Midwest Corporation, a Delaware corporation*
United States District Court, Central District of California, Western Division – Los Angeles
Case No. 2:07-CV-01958-GHK-AJW

**MENU FOODS, INC.**                                    **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**          **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**             **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

4

## SERVICE LIST, CONTINUED

*Janice Bonier, Guy Britton, and Tammy Matthews v. Menu Foods, Inc., Menu Foods Income Fund, and Menu Foods Midwest Corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01477-NLH-AMD

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

William M. Audet                                    **Counsel for Plaintiffs Janice Bonier, Guy**
Michael McShane                                     **Britton, and Tammy Matthews**
Kevin L. Thomason
**AUDET & PARTNERS LLP**
221 Main Street, Suite 1460
San Francisco, CA 34105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Michael A. Ferrara, Jr.                             **Counsel for Plaintiffs Janice Bonier, Guy**
**THE FERRARA LAW FIRM LLC**                        **Britton, and Tammy Matthews**
601 Longwood Avenue
Cherry Hill, NJ 08002
Telephone: (856) 779-9500
Facsimile: (415) 568-2556

**MENU FOODS INCOME FUND**                          **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                  **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

5

## SERVICE LIST, CONTINUED

*Janice Bonier, Guy Britton, and Tammy Matthews v. Menu Foods, Inc., Menu Foods Income Fund, and Menu Foods Midwest Corporation*

United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01477-NLH-AMD

**MENU FOODS MIDWEST CORPORATION**                **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

6

## SERVICE LIST, CONTINUED

*Mara Brazilian v. Menu Foods Income Fund, Menu Foods Limited, Menu Foods, Inc., Menu Foods Midwest Corporation, and The Iams Company*
United States District Court for the District of Maine
Case No. 2:07-CV-00054-GZS

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
156 Federal Street
Portland, ME 04101-4152

Daniel J. Mitchell                                      **Counsel for Plaintiff Mara Brazilian**
Leonard M. Gulino
Theodore A. Small
Michael R. Bosse
**BERSTEIN SHUR**
100 Middle Street
P. O. Box 9729
Portland, ME 04104-5029
Telephone:  (207) 774-1200

**MENU FOODS INCOME FUND**                    **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                  **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**           **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**             **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

7

## SERVICE LIST, CONTINUED

*Carol Brown v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest*
*Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of Rhode Island
Case No. 1:07-CV-00115-ML-LDA

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**
One Exchange Terrace
Federal Building & Courthouse
Providence, RI 02903

Peter N. Wasylyk                                          **Counsel for Plaintiff Carol Brown**
**LAW OFFICES OF PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064

Andrew S. Kierstead                                      **Counsel for Plaintiff Carol Brown**
**LAW OFFICE OF ANDREW S. KIRKSTEAD**
1001SW Fifth Avenue, Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356

Marc Stanley                                             **Counsel for Plaintiff Carol Brown**
**STANLEY MANDEL & IOLA LLP**
3100 Monticello Avenue, Suite 750
Dallas, TX 75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

**MENU FOODS INCOME FUND**                               **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                     **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

8

## <u>SERVICE LIST, CONTINUED</u>

<u>*Carol Brown v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*</u>
United States District Court for the District of Rhode Island
Case No. 1:07-CV-00115-ML-LDA

**MENU FOODS MIDWEST CORPORATION**             **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**             **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

9

## SERVICE LIST, CONTINUED

*Troy Gagliardi  v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01522-NLH-AMD

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Joseph J. DePalma                                              **Counsel for Plaintiff Troy Gagliardi**
**LITE DEPALMA GREENBERG & RIVAS LLC**
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone:  (973) 623-3000
Facsimile:  (973) 623-0858 or 623-5469

Paul J. Geller                                                **Counsel for Plaintiff Troy Gagliardi**
Stuart A. Davidson
James L. Davidson
**LERACH COUGHLIN STOIA**
**GELLER RUDMAN & ROBBINS LLP**
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364

**MENU FOODS INCOME FUND**                                    **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                          **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

10

## SERVICE LIST, CONTINUED

*Troy Gagliardi  v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01522-NLH-AMD

**MENU FOODS MIDWEST CORPORATION**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service



## SERVICE LIST, CONTINUED

*Stacey Heller, Toinette Robinson, David Rapp, and Cecily and Terrence Mitchell*
*v. Menu Foods, a foreign corporation*
United States District Court, Western District of Washington at Seattle
Case No. 2:07-CV-00453-JCC

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
700 Stewart Street
Seattle, WA 98101

Steve W. Berman                          **Counsel for Plaintiffs**
**HAGENS BERMAN SOBOL SHAPIRO LLP**      **Stacey Heller, Toinette Robinson,**
1301 Fifth Avenue, Suite 2900            **David Rapp and Cecily and Terrence**
Seattle, WA 98101                        **Mitchell**
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Michael David Myers                      **Counsel for Plaintiffs**
**MYERS & COMPANY PLLC**                 **Stacey Heller, Toinette Robinson,**
1809 Seventh Avenue, Suite 700           **David Rapp and Cecily and Terrence**
Seattle, WA 98101                        **Mitchell**
Telephone: (206) 398-1188
Facsimile: (206) 400-1112

**MENU FOODS INCOME FUND**               **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                     **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**       **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

12

---

Certificate of Service

## SERVICE LIST, CONTINUED

*Stacey Heller, Toinette Robinson, David Rapp, and Cecily and Terrence Mitchell*
*v. Menu Foods, a foreign corporation*
United States District Court, Western District of Washington at Seattle
Case No. 2:07-CV-00453-JCC

**MENU FOODS SOUTH DAKOTA, INC.**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

13

## SERVICE LIST, CONTINUED

*Julie Hidalgo v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01488-NLH-AMD

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Joseph J. DePalma                                **Counsel for Plaintiff Julie Hidalgo**
Susan D. Pontonriero
**LITE DEPALMA GREENBERG & RIVAS LLP**
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

Paul J. Geller                                   **Counsel for Plaintiff Julie Hidalgo**
Stuart A. Davidson
James L. Davidson
**LERACH COUGHLIN STOIA GELLER**
**RUDMAN & ROBBINS LLP**
120 E. Palmetto Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

**MENU FOODS INCOME FUND**                       **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                             **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

14

## SERVICE LIST, CONTINUED

*Julie Hidalgo v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01488-NLH-AMD

**MENU FOODS MIDWEST CORPORATION**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service

## <u>SERVICE LIST, CONTINUED</u>

<u>*LizaJean Holt v. Menu Foods, Inc.*</u>
United States District Court, Eastern District of Tennessee, Knoxville Division
Case No. 07-CV-00094-TWP

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
800 Market Street
Knoxville, TN 37902

A. James Andrews                                   **Counsel for LizaJean Holt**
905 Locust Street
Knoxville, TN 37902
Telephone: (865) 660-3993
Facsimile: (865) 523-4623

Perry A. Craft                                     **Counsel for LizaJean Holt**
**CRAFT & SHEPPARD PLC**
The Shiloh Building
214 Centerview Drive, Suite 223
Brentwood, TN 37027
Telephone: (615) 309-1707
Facsimile: (615) 309-1717

Nicole Bass                                        **Counsel for LizaJean Holt**
905 Locust Street
Knoxville, TN 37902
Telephone: (865) 310-6804

**MENU FOODS, INC.**                               **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

16

## SERVICE LIST, CONTINUED

*Dawn Howe v. Menu Foods Limited, Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., and Menu Foods Holdings, Inc.*
United States District Court, Central District of California, Western Division – Los Angeles
Case No. 07-CV-0260-SJO-PLA

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
312 N. Spring Street
Los Angeles, CA 90012

Jeff S. Westerman                                    **Counsel for Plaintiff Dawn Howe**
Sabrina S. Kim
**MILBERG WEISS & BERSHAD LLP**
One California Plaza
300 South Grand Avenue, Suite 3900
Telephone:  (213) 617-1200
Facsimile:  (213)  617-1975

**MENU FOODS INCOME FUND**                            **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                  **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                     **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

17

## SERVICE LIST, CONTINUED

*Sherry Ingles v. Menu Foods, Inc., Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*

United States District Court, Northern District of California, San Francisco Division

Case No. 07-CV-1809-MMC

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Stuart A. Davidson                                    **Counsel for Plaintiff Sherry Ingles**
**LERACH COUGHLIN STOIA GELLER**
**RUDMAN & ROBBINS LLP**
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

**MENU FOODS INCOME FUND**                           **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                 **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                   **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

18

## SERVICE LIST, CONTINUED

*Jacqueline Johnson v. The Proctor & Gamble Company, Menu Foods, Inc., Menu Foods Income Fund, The Iams Company and John Does 1 through 100*
United States District Court, Western District of Wisconsin
Case No. 07-C-0159-C

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
120 N. Henry Street, Room 320
P. O. Box 432
Madison, WI 53701-0432

Frank Jablonski                                    **Counsel for Plaintiff Jacqueline Johnson**
Noah Golden-Kramer
**PROGRESSIVE LAW GROUP, LLC**
354 Main Street
Madison, WI 53703
Telephone:  (608) 258-8511
Facsimile:  (608) 442-9494

Larry D. Drury                                     **Counsel for Plaintiff Jacqueline Johnson**
**LARRY D. DRURY LTD.**
205 W. Randolph Street, Suite 1430
Chicago, IL 60602
Telephone:  (312) 346-7950
Facsimile:  (312) 346-5777

Ilan Chorowsky                                     **Counsel for Plaintiff Jacqueline Johnson**
**PROGRESSIVE LAW GROUP, LLC**
1130 North Dearborn Street, Suite 3110
Chicago, IL 60610
Telephone:  (312) 643-5893
Facsimile:  (312) 643-5894

**MENU FOODS INCOME FUND**                          **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

19

## SERVICE LIST, CONTINUED

*Jacqueline Johnson v. The Proctor & Gamble Company, Menu Foods, Inc., Menu Foods Income Fund, The IAMS Company and John Does 1 through 100*
United States District Court, Western District of Wisconsin
Case No. 07-C-0159-C

**MENU FOODS, INC.**                                    **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                      **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                       **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service

## SERVICE LIST, CONTINUED

*Suzanne E. Johnson and Craig R. Klemann v. Menu Foods, a foreign corporation*
United States District Court, Western District of Washington at Seattle
Case No. 07-CV-455

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
700 Stewart Street
Seattle, WA 98101

Steve W. Berman                                    **Counsel for Plaintiffs**
**HAGENS BERMAN SOBOL SHAPIRO LLP**               **Suzanne E. Johnson and**
1301 Fifth Avenue, Suite 2900                      **Craig R. Klemann**
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

Phillip H. Gordon                                  **Counsel for Plaintiffs**
Bruce S. Bistline                                  **Suzanne E. Johnson and**
**GORDON LAW OFFICES**                            **Craig R. Klemann**
623 West Hays Street
Boise, ID 83702
Telephone:  (208) 345-7100
Facsimile:  (208) 623-0594

**MENU FOODS INCOME FUND**                        **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

21

## SERVICE LIST, CONTINUED

### *Audrey Kornelius and Barbara Smith v. Menu Foods, a foreign corporation*
United States District Court, Western District of Washington at Seattle
Case No. 07-CV-0454-MJP

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
700 Stewart Street
Seattle, WA 98101

Steve W. Berman                          **Counsel for Plaintiffs**
**HAGENS BERMAN SOBOL SHAPIRO LLP**      **Audrey Kornelius and Barbara Smith**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

Michael David Myers                      **Counsel for Plaintiffs**
**MYERS & COMPANY PLLC**                 **Audrey Kornelius and Barbara Smith**
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
Telephone:  (206) 398-1188
Facsimile:  (206) 400-1112

**MENU FOODS INCOME FUND**               **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

22

## **SERVICE LIST, CONTINUED**

*Dawn Majerczyk v. Menu Foods, Inc.*
United States District Court, Northern District Of Illinois, Eastern Division
Case No. 07-CV-01543-WRA

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
Everett McKinley Dirksen Building, 20th Floor
219 Dearborn Street
Chicago, IL 60604

John Blim                                          **Counsel for Plaintiff Dawn Majerczyk**
Jay Edelson
Myles McGuire (Of Counsel)
**BLIM & EDELSON LLC**
53 West Jackson Blvd., Suite 1642
Chicago, IL 60604
Telephone:  (312) 913-3400
Facsimile:  (312) 913-9401

**MENU FOODS, INC.**                               **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

23

## SERVICE LIST, CONTINUED

*Alexander Nunez v. Menu Food Limited, Menu Foods Inc., Menu Foods Corporation. Midwest*
*Income Fund, Menu Foods South Dakota, Inc. and Menu Foods Holdings, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-1490-NLH

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Joseph J. DePalma                                    **Counsel for Plaintiff Alexander Nunez**
Susan Pontoriero
**LITE DEPALMA GREENBERG & RIVAS LLC**
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858 or 623-5469

Jeff S. Westerman                                    **Counsel for Plaintiff Alexander Nunez**
Sabrina S. Kim
**MILBERG WEISS & BERSHAD LLP**
One California Plaza
300 South Grand Avenue, Suite 3900
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

**MENU FOODS INCOME FUND**                           **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                 **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                   **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

24

Certificate of Service

## SERVICE LIST, CONTINUED

*Alexander Nunez v. Menu Food Limited, Menu Foods Inc., Menu Foods Corporation. Midwest Income Fund, Menu Foods South Dakota, Inc. and Menu Foods Holdings, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-1490-NLH

**MENU FOODS SOUTH DAKOTA, INC.**                **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service

## SERVICE LIST, CONTINUED

*Lauri A. Osborne v. Menu Foods, Inc.,*
United States District Court for the District of Connecticut, New Haven Division
Case No. 3-07-CV-00469-RNC

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
Richard C. Lee United States Courthouse
141 Church Street
New Haven, CT 06510

Bruce E. Newman                                   **Counsel for Plaintiff Lauri A. Osborne**
**NEWMAN CREED & ASSOCIATES**
99 North Street, Route 6
P. O. Box 575
Bristol, CT 06011-0575
Telephone: (860) 583-5200

**MENU FOODS, INC.**                              **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

26

## SERVICE LIST, CONTINUED

*Paul Richard and Jennifer Richard husband and wife, Charles Kohler and Alicia Kohler husband and wife v. Menu Foods Income Fund, a Canadian open-ended trust, Menu Foods Limited, a Canadian corporation, Menu Foods Holdings, Inc., a Delaware corporation, Menu Foods, Inc., a New Jersey corporation, Menu Foods Midwest corporation, a Delaware corporation, Menu Foods South Dakota, Inc., a Delaware corporation, XYZ corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01457-NLH-AMD

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Wendy J. Harrison                                              **Counsel for Plaintiffs Paul Richard and**
Guy A. Hanson                                                 **Jennifer Richard, Charles Kohler and**
Dana L. Hooper                                                **Alicia Kohler**
**BONNETT FAIRBOURN FRIEDMAN**
**& BALINT PC**
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012-3311
Telephone:  (602) 274-1100
Facsimile:  (602) 274-1199

Bruce D. Greenberg                                            **Counsel for Plaintiffs**
Allyn Zissel Lite                                             **Jennifer Richard, Charles Kohler and**
**LITE DEPALMA GREENBERG & RIVAS LLC**                        **Alicia Kohler**
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone:  (973) 623-3000
Facsimile:  (973)623-0858

**MENU FOODS INCOME FUND**                                    **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                          **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

27

## SERVICE LIST, CONTINUED

*Paul Richard and Jennifer Richard husband and wife; Charles Kohler and Alicia Kohler husband and wife v.  Menu Foods Income Fund, a Canadian open-ended trust, Menu Foods Limited, a Canadian corporation, Menu Foods Holdings, Inc., a Delaware corporation, Menu Foods, Inc., a New Jersey corporation, Menu Foods Midwest corporation, a Delaware corporation, Menu Foods South Dakota, Inc., a Delaware corporation, XYZ corporation*

United States District Court for the District of New Jersey, Camden Division

Case No. 1:07-CV-01457-NLH-AMD

**MENU FOODS MIDWEST CORPORATION**          **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**          **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service

## SERVICE LIST, CONTINUED

*Richard Scott and Barbara Widen v. Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership, Menu Foods Operating Partnership, Menu Foods Midwest Corp, Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Wal-Mart Stores, Inc.*

United States District Court, Western District of Arkansas, Fayetteville Division
Case No. 07-CV-5055

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT**
John Paul Hammerschmidt Federal Building, Room 559
35 East Mountain
Fayetteville, AR 72701-5354

Jeremy Y. Hutchinson                                    **Counsel for Plaintiffs**
Jack Thomas Patterson III                               **Richard Scott and Barbara Widen**
Stephens Building
111 Center Street, Suite 1315
Little Rock, AR 72201
Telephone: (501) 372-3480
Facsimile: (501) 372-3488

Richard Adams                                           **Counsel for Plaintiffs**
James C. Wyly                                           **Richard Scott and Barbara Widen**
Sean F. Rommel
**PATTON ROBERTS MCWILLIAMS**
**& CAPSHAW LLP**
Century Bank Plaza, Suite 400
P. O. Box 6128
Texarkana, TX 75505-6128
Telephone: (903) 334-7000
Facsimile: (903) 334-7007

**MENU FOODS INCOME FUND**                              **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

29

## SERVICE LIST, CONTINUED

*Richard Scott and Barbara Widen v.  Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership, Menu Foods Operating Partnership, Menu Foods Midwest Corp, Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Wal-Mart Stores, Inc.*

United States District Court, Western District of Arkansas, Fayetteville Division
Case No. 07-CV-5055


**MENU FOODS, INC.**                              **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**              **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

30

## SERVICE LIST, CONTINUED

*Charles Ray Sims and Pamela Sims v. Menu Foods Income Fund, Menu Foods Midwest*
*Corporation, Menu Foods South Dakota, Inc., Menu Foods, Inc., Menu Foods Holding, Inc.*
United States District Court, Western District of Arkansas, Fayetteville Division
Case No. 07-CV-05053-JLH

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT**
John Paul Hammerschmidt Federal Building, Room 559
35 East Mountain
Fayetteville, AR 72701-5354

Jason M. Hatfield                                **Counsel for Plaintiffs**
**LUNDY & DAVIS LLP**                            **Charles Ray Sims and Pamela Sims**
300 N. College Avenue, Suite 309
Fayetteville, AR 72701
Telephone: (479) 527-3921
Facsimile: (479) 587-9196

**MENU FOODS INCOME FUND**                       **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS MIDWEST CORPORATION**              **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**               **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

31

## SERVICE LIST, CONTINUED

*Charles Ray Sims and Pamela Sims v. Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., Menu Foods, Inc., Menu Foods Holding, Inc.*
United States District Court, Western District of Arkansas, Fayetteville Division
Case No. 07-CV-05053-JLH

**MENU FOODS, INC.**                                    **Defendant**
C/O The Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ 08628

**MENU FOODS HOLDINGS, INC.**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service

## SERVICE LIST, CONTINUED

*Marion Streczyn v. Menu Foods Income Fund, a foreign corporation; Menu Foods, Inc., a New Jersey corporation, and Does I – X, inclusive*
United States District Court for the District of Nevada, Reno Division
Case No. 3:07-CV-00159-LRH-VPC

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
400 S. Virginia St.
Reno, NV 89501

William M. O'Mara                           **Counsel for Plaintiff Marion Streczyn**
David C. O'Mara
**THE O'MARA LAW FIRM P.C.**
311 East Liberty Street
Reno, NV 89501
Telephone:  (775) 323-1321
Facsimile: (775) 323-4058

**MENU FOODS INCOME FUND**                  **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                        **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**          **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**           **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service

## SERVICE LIST, CONTINUED

*Michele Suggett and Don James v. Menu Foods, a foreign corporation, The Iams Company, a*
*foreign corporation, Eukanuba, a foreign corporation, Dog Food Producers Numbers 1 – 100*
*and Cat Food Producers 1 – 100m and Does 1 -100*
United States District Court, Western District of Washington at Seattle
Case No. 07-CV-457-RSM

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
700 Stewart Street
Seattle, WA 98101

Adam P. Karp                              **Counsel for Plaintiffs Michele Suggett**
**ANIMAL LAW OFFICES**                     **and Don James**
114 W. Magnolia Street, Suite 425
Bellingham, WA 98225
Telephone: (888) 430-0001
Facsimile: (866) 652-3832

**MENU FOODS INCOME FUND**                 **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                       **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**         **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**          **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

34

## SERVICE LIST, CONTINUED

*Suzanne Thomson and Robert Trautmann v. Menu Foods Income Fund (A corporation organized under the laws of Canada); John Does 1 - 100*
United States District Court for the District of New Jersey, Newark Division
Case No. 2:07-CV-01360-PGS-RJH

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Gregg D. Trautmann                        **Counsel for Plaintiffs**
**TRAUTMANN & ASSOCIATES**                 **Suzanne Thomson and**
262 East Main Street                      **Robert Trautmann**
Rockaway, NJ 07866
Telephone: (973) 316-8100

**MENU FOODS INCOME FUND**                 **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                       **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**         **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**          **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

35

## SERVICE LIST, CONTINUED

*Linda Tinker v. Menu Foods, Inc.*
United States District Court for the District of New Jersey, Camden Division
Case No. 1:07-CV-01468-NLH-AMD

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Arthur N. Abbey                                    **Counsel for Plaintiff Linda Tinker**
Stephen T. Rodd
Orin Kurtz
**ABBEY SPANIER RODD ABRAMS**
**& PARADIS LLP**
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-0066
Facsimile: (212) 684-5191

Alan E. Sash                                       **Counsel for Plaintiff Linda Tinker**
**MCLAUGHLIN & STERN LLP**
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066

**MENU FOODS INCOME FUND**                          **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                  **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

36

## SERVICE LIST, CONTINUED

*Linda Tinker v. Menu Foods, Inc.*
United States District Court, District of New Jersey, Camden Division
Case No. 1:07-CV-01468-NLH-AMD

**MENU FOODS SOUTH DAKOTA, INC.**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service

## SERVICE LIST, CONTINUED

*Christina Troiano v. Menu Foods and Menu Foods Income Fund*
United States District Court, Southern District of Florida, Fort Lauderdale Division
Case No. 0:07-CV-60428-JIC

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
299 East Broward Boulevard, Room 108
Fort Lauderdale, FL 33301

Stuart A. Davidson                                   **Counsel for Plaintiff Christina Troiano**
**LERACH COUGHLIN STOIA**
**GELLER RUDMAN & ROBBINS LLP**
120 E Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

Lawrence Kopelman                                   **Counsel for Plaintiff Christina Troiano**
**KOPELMAN & BLANKMAN**
350 E. Las Olas Blvd., Suite 980
Ft. Lauderdale, FL 33301
Telephone: (954) 462-6855
Facsimile: (954) 462-6899

**MENU FOODS INCOME FUND**                          **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                                **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                  **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

38

**SERVICE LIST, CONTINUED**

*Christina Troiano v. Menu Foods and Menu Foods Income Fund*
United States District Court, Southern District of Florida, Fort Lauderdale Division
Case No. 0:07-CV-60428-JIC

**MENU FOODS SOUTH DAKOTA, INC.**                    **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service

## SERVICE LIST, CONTINUED

*Tom Whaley v. Menu Foods, a foreign corporation, The Iams Company, a foreign corporation,*
*Dog Food Producers Numbers 1 - 50 and Cat Food Producers 1 - 40*
United States District Court, Western District of Washington at Seattle
Case No. 07-CV-00411-RSM

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
700 Stewart Street
Seattle, WA 98101

Michael David Myers                              **Counsel for Plaintiff Tom Whaley**
**MYERS & COMPANY PLLC**
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
Telephone:  (206) 398-1188
Facsimile:  (206) 400-1112

**MENU FOODS INCOME FUND**                       **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

**MENU FOODS, INC.**                             **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**               **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

40

## SERVICE LIST, CONTINUED

*Larry Wilson v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey corporation, Menu Foods Holdings, Inc., and Menu Foods Midwest Corporation, a Delaware corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-1456-NLH

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Kenneth A. Wexler                                **Counsel for Plaintiff Larry Wilson**
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle Street, Suite 200
Chicago, IL 60602
Telephone:  (312) 346-2222
Facsimile:  (312) 346-0022

Stuart C. Talley                                **Counsel for Plaintiff Larry Wilson**
**KERSHAW, CUTTER & RATINOFF LLP**
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone:  (916) 448-9800
Facsimile:  (916) 669-4499

Joseph J. DePalma                                **Counsel for Plaintiff Larry Wilson**
**LITE DEPALMA GREENBERG & RIVAS LLC**
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone:  (973) 623-3000
Facsimile:  (973) 623-0858 or 623-5469

**MENU FOODS INCOME FUND**                        **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

41

## SERVICE LIST, CONTINUED

*Larry Wilson v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey corporation, Menu Foods Holdings, Inc., and Menu Foods Midwest Corporation, a Delaware corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-1456-NLH

| | |
|---|---|
| **MENU FOODS, INC.**<br>9130 Griffith Morgan Lane<br>Pennsauken, NJ 08110 | **Defendant** |
| **MENU FOODS MIDWEST CORPORATION**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |
| **MENU FOODS SOUTH DAKOTA, INC.**<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | **Defendant** |

Certificate of Service

## SERVICE LIST, CONTINUED

*Jared Workman, and Mark and Mona Cohen v. Menu Foods Limited, Menu Foods, Inc., Menu Foods Midwest corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-01338-NLH

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Donna Siegel Moffa                                    **Counsel for Plaintiffs**
Lisa J. Rodriguez                                     **Jared Workman, Mark and Mona Cohen**
**TRUJILLO RODRIGUEZ & RICHARDS LLC**
8 Kings Highway West
Haddonfield, NJ 08033
Telephone:  (856) 795-9002
Facsimile:  (865) 795-9887

Sherrie R. Savett                                     **Counsel for Plaintiffs**
Michael T. Fantini                                    **Jared Workman, Mark and Mona Cohen**
Russell D. Paul
**BERGER & MONTAGUE, PC**
1622 Locust Street
Philadelphia, PA 19103
Telephone:  (215) 875-3000
Facsimile:  (215) 875-4604

Robert A. Rovner                                      **Counsel for Plaintiffs**
Jeffrey I. Zimmerman                                  **Jared Workman, Mark and Mona Cohen**
**ROVNER ALLEN ROVNER ZIMMERMAN**
**& NASH**
175 Bustleton Pike
Feasterville, PA 19053-6456
Telephone:  (215) 698-1800
Facsimile:  (215) 355-0940

**MENU FOODS INCOME FUND**                            **Defendant**
8 Falconer Drive
Streetsville, Ontario
Canada
L5N 1B1

Certificate of Service

## SERVICE LIST, CONTINUED

*Jared Workman, Mark and Mona Cohen v. Menu Foods Limited, Menu Foods, Inc., Menu Foods*
*Midwest corporation*
United States District Court for the District of New Jersey, Camden Division
Case No. 07-CV-01338-NLH

**MENU FOODS, INC.**                                    **Defendant**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

**MENU FOODS MIDWEST CORPORATION**                     **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MENU FOODS SOUTH DAKOTA, INC.**                      **Defendant**
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Certificate of Service

**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: | MDL Docket No. 1850 |
| PET FOOD PRODUCT LIABILITY LITIGATION | |

**CERTIFICATE OF SERVICE**

Mark J. Tamblyn
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Stuart C. Talley
**KERSHAW CUTTER & RATINOFF LLP**
980 9th Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Counsel for Plaintiff Shirley Sexton*

1