06/28/2007 14:48 FAX 2025022888          JPML                                    ☑002

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 8 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1850

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Noel L. Hillman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hillman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS
## DOCKET NO. 1850
## IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**    **CASE CAPTION**

ARKANSAS EASTERN
  ARE 4 07-376    Scott Stacey, et al. v. Nestle SA, et al.

ARKANSAS WESTERN
  ARW 4 07-4036    Kirby Cooper v. Menu Foods Income Fund, et al.
  ARW 5 07-5065    Sandra L. Gray, et al. v. Menu Foods, et al.

CALIFORNIA CENTRAL
  CAC 2 07-1987    Paul Randolph Johnson, et al. v. Menu Foods, Inc., et al.
  CAC 2 07-2060    Dawn Howe v. Menu Foods Ltd., et al.
  CAC 2 07-2253    Lois Grady, et al. v. Menu Foods Income Fund, et al.
  CAC 2 07-2338    Kelly Finestone v. Menu Foods, Inc., et al.
  CAC 2 07-2476    Richard Chamberlain v. Nestle SA, et al.
  CAC 2 07-2779    Ken Wahl, et al. v. Menu Foods Income Fund, et al.
  CAC 2 07-2964    Jayne Englander, et al. v. Menu Foods Income Fund, et al.
  CAC 5 07-398    Dennis Lee Townsend, et al. v. Menu Foods Ltd., et al.

CALIFORNIA EASTERN
  CAE 2 07-654    Cheryl Carver v. Del Monte Foods Co., et al.

CALIFORNIA NORTHERN
  CAN 3 07-1809    Sherry Ingles v. Menu Foods, Inc., et al.
  CAN 3 07-2665    Diane Lowery v. Menu Foods Income Fund, et al.

CALIFORNIA SOUTHERN
  CAS 3 07-705    Robert Payne, et al. v. Menu Foods, Inc., et al.
  CAS 3 07-706    Diane Swarberg v. Menu Foods Holding, Inc., et al.
  CAS 3 07-734    Hayley Ford, et al. v. Menu Foods Income Fund, et al.
  CAS 3 07-951    John Colliard v. Menu Foods, Inc., et al.

COLORADO
  CO 1 07-736    Emily Tompkins v. Menu Foods Midwest Corp., et al.

FLORIDA MIDDLE
  FLM 2 07-235    Maria Teresa Ferrarese v. Menu Foods, Inc., et al.
  FLM 6 07-803    George Birney, et al. v. Menu Foods, Inc.

FLORIDA SOUTHERN
  FLS 1 07-20955    Stephen Donnelly, et al. v. Menu Foods, Inc., et al.

IDAHO
  ID 1 07-160    Larry Klimes, et al. v. Menu Foods

ILLINOIS NORTHERN
  ILN 1 07-2162    Heather Amro v. Menu Foods Income Fund, et al.
  ILN 1 07-2183    Gary Bruski v. Menu Foods, Inc., et al.
  ILN 1 07-2211    Raymond Demith, et al. v. Nestle Purina Petcare Co., et al.
  ILN 1 07-2237    Sonja Foxe v. Menu Foods, Inc., et al.

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                          PAGE 2 OF 3

**DIST. DIV. C.A. #**               **CASE CAPTION**

MASSACHUSETTS
  MA  1  07-10745            Lidia Rodrigues v. Menu Foods, Inc., et al.
  MA  1  07-10797            Megan Connerton, et al. v. Menu Foods Midwest Corp., et al.

MAINE
  ME  2  07-54               Mara Brazilian v. Menu Foods Income Fund, et al.

MINNESOTA
  MN  0  07-1808             Stephanie Rozman v. Menu Foods Midwest Corp., et al.
  MN  0  07-2108             Wendy Krosschell v. Menu Foods Income Fund, et al.

MISSOURI WESTERN
  MOW 3  07-5041             Richard Schwinger v. Menu Foods, et al.

MISSISSIPPI SOUTHERN
  MSS 5  07-105              Sarah Cavin v. Menu Foods, et al.

NEVADA
  NV  2  07-686              Maragaret Picus v. Wal-Mart Stores, Inc., et al.
  NV  3  07-159              Marion Streczyn v. Menu Foods, Inc., et al.

NEW YORK SOUTHERN
  NYS 1  07-3236             Mark Cashman, et al. v. Menu Foods Midwest Corp., et al.

OHIO NORTHERN
  OHN 1  07-1018             Gregory Boehm v. Menu Foods, Inc., et al.

PENNSYLVANIA MIDDLE
  PAM 1  07-929              Dixie Keller v. Menu Foods Ltd., et al.

RHODE ISLAND
  RI  1  07-115              Carol Brown v. Menu Foods, Inc., et al.

TENNESSEE EASTERN
  TNE 3  07-98               Barbara Light v. Menu Foods Income Fund

WASHINGTON WESTERN
  WAW 2  07-575              Laura Migliore v. Menu Foods
  WAW 2  07-576              Gail Moran v. Menu Foods
  WAW 2  07-577              Sheryl Puett v. Menu Foods
  WAW 2  07-634              Daniel Ray Reeves v. Menu Foods
  WAW 2  07-666              Sheree A. Robinson v. Menu Foods
  WAW 2  07-667              Phyllis A. Ullman v. Menu Foods
  WAW 2  07-668              Elizabeth Palmer v. Menu Foods
  WAW 2  07-669              Jason Labbate v. Menu Foods
  WAW 2  07-670              Megan Whitt v. Menu Foods
  WAW 2  07-684              Linda Weitz v. Menu Foods
  WAW 2  07-685              Michelle Adams v. Menu Foods

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                              PAGE 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| WAW 2 07-686 | Lerae Dineen v. Menu Foods |
| WAW 2 07-687 | Sandra Shingle v. Menu Foods |
| WAW 2 07-688 | Gary Thomas v. Menu Foods |
| WAW 2 07-689 | Deborah A. Mullen v. Menu Foods |
| WAW 2 07-690 | Helen Percy v. Menu Foods |
| WAW 2 07-745 | Paula Monk v. Menu Foods |
| WAW 2 07-746 | Tony Boyer v. Menu Foods |
| WAW 2 07-747 | Norman Brenton v. Menu Foods |
| WAW 2 07-748 | Lynda Nagel v. Menu Foods |
| WAW 2 07-749 | Teresa Eilers v. Menu Foods |
| WAW 3 07-5204 | Jeff Rusiecki v. Menu Foods |
| WAW 3 07-5205 | Nancy Guthrie v. Menu Foods |

WISCONSIN WESTERN

| | |
|---|---|
| WIW 3 07-159 | Jacqueline Johnson v. The Procter & Gamble Co., et al. |
| WIW 3 07-248 | Penny J. Roberts, et al. v. Menu Foods Income Fund, et al. |